UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:

ANDREWS, MARVIN, SR.
ANDREWS, ALVELENA
61-6365529

Case No. B-08-50879

Debtor(s).

## ORDER FOR PAYMENT OF DIVIDENDS
## INTO U.S. TREASURY

**IT APPEARING** that a dividend was ordered to be paid in the above named case; and, after computation of same, there appears to be certain creditor(s) entitled to a dividend in an amount less than five dollars ($5.00); and pursuant to Rule 3010 of the Bankruptcy Rules, these dividends should be paid into the Treasury to be placed in Unclaimed Funds, wherefore;

**IT IS ORDERED** that BRUCE MAGERS, Trustee in the above named case, pay the sum of the dividend(s) as set forth below into the Treasury by making the check payable to Clerk, U.S. Bankruptcy Court, and submitting said check along with this Order to the Clerk within ten (10) days from the date of this Order. These funds are to be placed into the Unclaimed Funds account.

| Claim No. | Claimant | Amount of Dividend |
|---|---|---|
| 4 | Piedmont Health Care<br>P.O.box 1845<br>Statesville, NC 28687 | 3.51 |
| | TOTAL $ | 3.51 |